_____

No. 95-4067
_____

Mark S. Moore,                          *
                                        *
          Appellant,                    *
                                        *
     v.                                 *  Appeal from the United States
                                        *  District Court for the
Sam Smith; Leonard Edwards;             *  Eastern District of Missouri.
Henry Reese, Jr.; Victor                *
Stuard; Unknown Carey; Janet            *         [UNPUBLISHED]
Everett; Jesse Harris; Joe              *
Stewart; Dave Kovac; Julian             *
Boyd,                                   *
                                        *
          Appellees.                    *


_____

Submitted:  August 5, 1996

Filed:  August 21, 1996
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

_____

PER CURIAM.


     Mark S. Moore appeals from the decision of the District Court[1]
granting summary judgment to various employees of the St. Louis
City Jail in Moore's civil rights action concerning a misconduct
report he received for passing a marijuana cigarette to another
inmate.

_____

     [1]The Honorable Donald J. Stohr, United States District Judge
for the Eastern District of Missouri.

Having reviewed the record, we conclude that the decision of the District Court is correct and that an opinion from this Court would have no precedential value.  Accordingly, the judgment of the District Court is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.